UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

SAMUEL ROLLINS and
BEVERLY ROLLINS,

        Plaintiffs,

v.	Case No. 2:10-CV-10382-PJD-MKM
   Hon. Patrick J. Duggan

ALEXANDER SCOTT SIMON,

        Defendants,

| | |
|---|---|
| MICHAEL L. BATTERSBY, P29012 | THOMAS W. EMERY, P32953 |
| Attorney for Plaintiffs | Attorney for Defendant |
| 31731 Northwestern Highway, Ste. 333 | 1000 Woodbridge Street |
| Farmington Hills, MI 48334 | Detroit, MI 48207-3192 |
| (800) 588-7121 | (313) 446-5525 |
| Mbattersby@sambernstein.com | temery@garanlucow.com |

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Plaintiffs, **SAMUEL ROLLINS and BEVERLY ROLLINS**, and Defendant, **ALEXANDER SCOTT SIMON,** by and through their respective counsel, undersigned, hereby stipulate to entry of an Order of Dismissal of this matter With Prejudice and Without Costs as to either party.

| | |
|---|---|
| *s/Michael L. Battersby* | *s/ Thomas W. Emery* |
| MICHAEL L. BATTERSBY, P29012 | THOMAS W. EMERY, P32953 |
| Attorney for Plaintiffs | Attorney for Defendants |
| 31731 Northwestern Highway, Ste. 333 | 1000 Woodbridge Street |
| Farmington Hills, MI 48334 | Detroit, MI 48207-3192 |
| (800) 588-7121 | (313) 446-5525 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

SAMUEL ROLLINS and
BEVERLY ROLLINS,

        Plaintiffs,

v.                                   Case No. 2:10-CV-10382-PJD-MKM
                                      Hon. Patrick J. Duggan

ALEXANDER SCOTT SIMON,

        Defendants,

| MICHAEL L. BATTERSBY, P29012 | THOMAS W. EMERY, P32953 |
|---|---|
| Attorney for Plaintiffs | Attorney for Defendant |
| 31731 Northwestern Highway, Ste. 333 | 1000 Woodbridge Street |
| Farmington Hills, MI 48334 | Detroit, MI 48207-3192 |
| (800) 588-7121 | (313) 446-5525 |
| Mbattersby@sambernstein.com | temery@garanlucow.com |

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

In accordance with the stipulation of the parties:

**IT IS HEREBY ORDERED** this matter be and same is hereby dismissed With Prejudice and Without Costs as to either party.

                                  s/Patrick J. Duggan
                                  Patrick J. Duggan
                                  United States District Judge

Dated: October 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 29, 2010, by electronic and/or ordinary mail.

                                  s/Marilyn Orem
                                  Case Manager